# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LLOYD A YORK, JR, | ) |
|         Plaintiff, | ) |
| v. | ) No. 1:13-cv-00311-JDL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
|         Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 12) filed July 30, 2104, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                   /s/ Jon D. Levy  
                                   United States District Judge

Dated this 21st day of August, 2014.